# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: HEREDIA, JORGELINA | § Case No. 10-21999 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>JOSEPH R. VOILAND</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Northern District of Illinois
  219 S. Dearborn
  Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on   / /    in Courtroom 140, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  07/26/2011          By:  JOSEPH R. VOILAND
                                            Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HEREDIA, JORGELINA    § Case No. 10-21999
§
§
Debtor(s)    §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 220,000.36 |
| *and approved disbursements of* | $ 172,577.63 |
| *leaving a balance on hand of* [1] | $ 47,422.73 |
| **Balance on hand:** | $ 47,422.73 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 47,422.73 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 11,758.52 | 0.00 | 11,758.52 |
| Trustee, Expenses - JOSEPH R. VOILAND | 240.02 | 0.00 | 240.02 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 11,998.54 |
| Remaining balance: | $ 35,424.19 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $    35,424.19

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $         0.00
Remaining balance:  $    35,424.19

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,042.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Medsource LLC | 4,000.00 | 0.00 | 4,000.00 |
| 2 | Central Dupage Hospital | 42.81 | 0.00 | 42.81 |

Total to be paid for timely general unsecured claims:  $     4,042.81
Remaining balance:  $    31,381.38

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 31,381.38

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 31,381.38

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.9% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $51.51. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $31,329.87.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                  United States Bankruptcy Court
                                  Northern District of Illinois
In re:                                                                                    Case No. 10-21999-MB
Jorgelina Heredia                                                                         Chapter 7
         Debtor
                                          CERTIFICATE OF NOTICE
District/off: 0752-1           User: acox                  Page 1 of 2                    Date Rcvd: Aug 25, 2011
                               Form ID: pdf006             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2011.
db           +Jorgelina Heredia,    329 Locust St.,    Elgin, IL 60123-6310
aty          +James A Young,    James A Young & Associates, Ltd.,    47 DuPage Court,    Elgin, IL 60120-6421
aty          +Nicola Tancredi,    Law Offices of Nicola Tancredi,    Two North Trans Am Plaza Dr Ste 250,
               Oak Brook Terrace, IL 60181-4811
tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
15574244      Afni Insurance Services,    PO BOX 3068,    Bloomington, IL 61702-3068
15574246     +Associated Physicians,    1140 N. McLean Blvd.,    Elgin, IL 60123-1782
15574247     +CEP America-Illinois P.C.,    PO BOX 582663,    Modesto, CA 95358-0070
15988140     +Central Dupage Hospital,    C/O H & R Accounts,    PO Box 672,    Moline, IL 61266-0672
15574248     +Cred. Discnt,    331 Fulton St,    Peoria, IL 61602-1486
15574255     +Dependon Collection Se,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
15574256     +Fox Valley Laboratory Physicians,    PO Box 5133,    Chicago, IL 60680-5133
15574257     +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
               Houston, TX 77081-1108
15574258      Greater Elgin Emergency Specialist,    PO BOX 5940 20-1105,    Carol Stream, IL 60197-5940
15574260      Illinois Department of Revenue,    P.O Box 19026,    Springfield, IL 62794-9026
15574261      L.J. Shaw & Company,    1100 S. Main St.,    Lombard, IL 60148-3971
15574267    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court: Nco Fin/38,     Pob 13564,    Philadelphia, PA 19101)
15574264     +MIDC Infusion Services,    500 E. Ogden Ave., Ste. C,    Hinsdale, IL 60521-2480
15904463     +Medsource LLC,    c/o Creditors Discount and Audit Co,    331 Fulton  Suite 535,
               Peoria IL 61602-1499
15574262     +Merchants Cr,    223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6912
15574265     +Miramedrg,    991 Oak Creek Dr,    Lombard, IL 60148-6408
15574273     +Northwest Suburban Imaging,    34659 Eagle Way,    Chicago, IL 60678-1346
15574275     +Sentry Claims BP,    c/o Wilber & Associates,    816 S. Eldorado Rd., Ste.1,
               Bloomington, IL 61704-6035
15574277     +Sherman Hospital,    934 Center St.,    Elgin, IL 60120-2125
15574278    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corporation,     Lexus Financial Services,
               PO BOX 22202,    Owings Mills, MD 21117-1397)
15574279     +United Collection Bureau, Inc.,    5620 Southwick Blvd.,    Suite 206,    Toledo, OH 43614-1501
15574280      United Fire Group,    c/o Willber Lane Law Firm,    PO BOX 2155,    Bloomington, IL 61702-2155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15574249     +E-mail/Text: clerical.department@yahoo.com Aug 26 2011 12:22:40      Creditors Collection B,
               755 Almar Pkwy,    Bourbonnais, IL 60914-2393
15574254     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Aug 26 2011 12:22:05      Creditors Protection S,
               202 W State St Ste 300,    Rockford, IL 61101-1163
15574259     +E-mail/Text: bankruptcy@hraccounts.com Aug 26 2011 12:20:57       H & R Accounts Inc,    Po Box 672,
               Moline, IL 61266-0672
15574271     +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Aug 26 2011 12:23:14       Northwest Collectors,
               3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3126
15574276     +E-mail/Text: April.Szydel@sentry.com Aug 26 2011 12:22:51      Sentry Insurance,    PO BOX 8026,
               Stevens Point, WI 54481-8026
15574281     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 26 2011 13:41:21       Verizon,
               Attn: Bankruptcy,    Po Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 6

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15574274       Quality Healthcare
15574245*      Afni Insurance Services,    PO BOX 3068,    Bloomington, IL 61702-3068
15574250*     +Creditors Collection B,    755 Almar Pkwy,    Bourbonnais, IL 60914-2393
15574251*     +Creditors Collection B,    755 Almar Pkwy,    Bourbonnais, IL 60914-2393
15574252*     +Creditors Collection B,    755 Almar Pkwy,    Bourbonnais, IL 60914-2393
15574253*     +Creditors Collection B,    755 Almar Pkwy,    Bourbonnais, IL 60914-2393
15574268*    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court: Nco Fin/38,     Pob 13564,    Philadelphia, PA 19101)
15574269*    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court: Nco Fin/38,     Pob 13564,    Philadelphia, PA 19101)
15574270*    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court: Nco Fin/38,     Pob 13564,    Philadelphia, PA 19101)
15574263*     +Merchants Cr,    223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6912
15574266*     +Miramedrg,    991 Oak Creek Dr,    Lombard, IL 60148-6408
15574272*     +Northwest Collectors,    3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3126
                                                                                        TOTALS: 1, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: acox              Page 2 of 2            Date Rcvd: Aug 25, 2011
                               Form ID: pdf006         Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 27, 2011**                    **Signature:**   *Joseph Speetjens*