**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HEREDIA, JORGELINA                              §   Case No. 10-21999
                                                       §
                                                       §
Debtor(s)                                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $15,600.00               Assets Exempt:  $34,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $80,859.96     Claims Discharged
                                                Without Payment: $0.55

Total Expenses of Administration: $89,310.73

3)  Total gross receipts of $   220,002.20   (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $    49,831.45   (see **Exhibit 2**), yielded net receipts of $170,170.75
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $76,765.44 | $76,765.44 | $76,765.44 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 89,310.73 | 89,310.73 | 89,310.73 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 4,094.52 | 4,094.52 | 4,094.52 |
| **TOTAL DISBURSEMENTS** | $0.00 | $170,170.69 | $170,170.69 | $170,170.69 |

4)  This case was originally filed under Chapter 7 on May 14, 2010.
The case was pending for 19 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as   **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _12/03/2011_____    By:_ /s/JOSEPH R. VOILAND_____
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| personal injury claim | 1129-000 | 220,000.00 |
| Interest Income | 1270-000 | 2.20 |
| **TOTAL GROSS RECEIPTS** | | **$220,002.20** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jorgelina Heredia | payment of exemptions | 8100-002 | 18,500.00 |
| HEREDIA, JORGELINA | Dividend paid 100.00% on $31,331.45; Claim# SURPLUS; Final distribution | 8200-000 | 31,331.45 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$49,831.45** |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACS Recovery Services | 4210-000 | N/A | 31,063.46 | 31,063.46 | 31,063.46 |
| | Suburban Orthopedics | 4210-000 | N/A | 22,312.65 | 22,312.65 | 22,312.65 |
| | Universal Healthcare | 4210-000 | N/A | 16,588.00 | 16,588.00 | 16,588.00 |
| | Accelerated Rehabilitation Centers, Ltd. | 4210-000 | N/A | 6,801.33 | 6,801.33 | 6,801.33 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$76,765.44** | **$76,765.44** | **$76,765.44** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 11,758.52 | 11,758.52 | 11,758.52 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 240.02 | 240.02 | 240.02 |
| Law Offices of Nicola S. Trancredi | 3210-000 | N/A | 73,333.33 | 73,333.33 | 73,333.33 |
| Law Offices of Nicola S. Trancredi | 3220-000 | N/A | 3,978.86 | 3,978.86 | 3,978.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 89,310.73 | 89,310.73 | 89,310.73 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 −GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Medsource LLC | 7100-000 | N/A | 4,000.00 | 4,000.00 | 4,000.00 |
| 1I | Medsource LLC | 7990-000 | N/A | 51.16 | 51.16 | 51.16 |
| 2 | Central Dupage Hospital | 7100-000 | N/A | 42.81 | 42.81 | 43.36 |
| 2I | Central Dupage Hospital | 7990-000 | N/A | 0.55 | 0.55 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 4,094.52 | 4,094.52 | 4,094.52 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-21999

**Case Name:** HEREDIA, JORGELINA

**Period Ending:** 12/03/11

**Trustee:** (330380)    JOSEPH R. VOILAND

**Filed (f) or Converted (c):** 05/14/10 (f)

**§341(a) Meeting Date:** 06/15/10

**Claims Bar Date:** 10/19/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Misc: Tv, beds, lamps, chairs, sofas, dressers, | 500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | personal injury claim | 100,000.00 | 481,500.00 | | 220,000.00 | FA |
| 5 | Worker's Compensation Case | 15,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.20 | Unknown |
| **5** | **Assets**    **Totals** (Excluding unknown values) | **$115,600.00** | **$481,500.00** | | **$220,002.20** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    February 15, 2012

**Current Projected Date Of Final Report (TFR):**    February 15, 2012

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-21999
**Case Name:** HEREDIA, JORGELINA

**Taxpayer ID #:** **-***6411
**Period Ending:** 12/03/11

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******90-65 - Money Market Account
**Blanket Bond:** $50,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/21/11 | {4} | American Family Insurance Group | PI proceeds | 1129-000 | 100,000.00 | | 100,000.00 |
| 06/21/11 | {4} | American Family Insurance Group | PI proceeds | 1129-000 | 120,000.00 | | 220,000.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.36 | | 220,000.36 |
| 07/01/11 | {4} | American Family Insurance Group | PI settlement proceeds | 1129-000 | 100,000.00 | | 320,000.36 |
| 07/01/11 | {4} | American Family Insurance Group | PI settlement proceeds | 1129-000 | 120,000.00 | | 440,000.36 |
| 07/01/11 | {4} | American Family Insurance Group | Reversed Deposit 100001 1 PI proceeds | 1129-000 | -100,000.00 | | 340,000.36 |
| 07/01/11 | {4} | American Family Insurance Group | Reversed Deposit 100001 2 PI proceeds | 1129-000 | -120,000.00 | | 220,000.36 |
| 07/12/11 | 1001 | Law Offices of Nicola S. Trancredi | payment of attorney fees per court order of 5/26/2011 | 3210-000 | | 73,333.33 | 146,667.03 |
| 07/12/11 | 1002 | Law Offices of Nicola S. Trancredi | payment of attorney expenses per order of court dated 5/26/2011 | 3220-000 | | 3,978.86 | 142,688.17 |
| 07/26/11 | | To Account #9200******9066 | transfer of funds to pay lien claims | 9999-000 | | 77,000.00 | 65,688.17 |
| 07/26/11 | | To Account #9200******9066 | transfer funds to pay exemption | 9999-000 | | 18,500.00 | 47,188.17 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.02 | | 47,189.19 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.40 | | 47,189.59 |
| 09/28/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.36 | | 47,189.95 |
| 09/28/11 | | To Account #9200******9066 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | ! 47,189.95 | 0.00 |
| 10/06/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 0.06 |
| 12/03/11 | | BNY Mellon | interest reversal | 9999-000 | -0.06 | | 0.00 |

|  | | | | |  | | |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 220,002.14 | 220,002.14 | $0.00 |
| | | | Less: Bank Transfers | | -0.06 | 142,689.95 | |
| | | | **Subtotal** | | **220,002.20** | **77,312.19** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$220,002.20** | **$77,312.19** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-21999
**Case Name:** HEREDIA, JORGELINA

**Taxpayer ID #:** **-***6411
**Period Ending:** 12/03/11

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******90-66 - Checking Account
**Blanket Bond:** $50,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/26/11 | | From Account #9200******9065 | transfer of funds to pay lien claims | 9999-000 | 77,000.00 | | 77,000.00 |
| 07/26/11 | | From Account #9200******9065 | transfer funds to pay exemption | 9999-000 | 18,500.00 | | 95,500.00 |
| 07/26/11 | 101 | ACS Recovery Services | payment of medical lien | 4210-000 | | 31,063.46 | 64,436.54 |
| 07/26/11 | 102 | Suburban Orthopedics | payment of medical lien | 4210-000 | | 22,312.65 | 42,123.89 |
| 07/26/11 | 103 | Universal Healthcare | payment of medical lien | 4210-000 | | 16,588.00 | 25,535.89 |
| 07/26/11 | 104 | Accelerated Rehabilitation Centers, Ltd. | payment of medical lien | 4210-000 | | 6,801.33 | 18,734.56 |
| 07/26/11 | 105 | Jorgelina Heredia | payment of exemptions | 8100-002 | | 18,500.00 | 234.56 |
| 09/28/11 | | From Account #9200******9065 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | ! 47,189.95 | | 47,424.51 |
| 09/28/11 | 106 | JOSEPH R. VOILAND | Dividend paid 100.00% on $11,758.52, Trustee Compensation;  Reference: | 2100-000 | | 11,758.52 | 35,665.99 |
| 09/28/11 | 107 | JOSEPH R. VOILAND | Dividend paid 100.00% on $240.02, Trustee Expenses;  Reference: | 2200-000 | | 240.02 | 35,425.97 |
| 09/28/11 | 108 | Medsource LLC | Dividend paid 100.00% on $4,000.00; Claim# 1; Final distribution | 7100-000 | | 4,000.00 | 31,425.97 |
| 09/28/11 | 109 | Central Dupage Hospital | Dividend paid 100.00% on $42.81; Claim# 2; Final distribution Voided on 10/04/11 | 7100-000 | | 42.81 | 31,383.16 |
| 09/28/11 | 110 | Medsource LLC | Dividend paid 100.00% on $51.16; Claim# 1I; Final distribution | 7990-000 | | 51.16 | 31,332.00 |
| 09/28/11 | 111 | HEREDIA, JORGELINA | Dividend paid 100.00% on $31,331.45; Claim# SURPLUS; Final distribution | 8200-000 | | 31,331.45 | 0.55 |
| 09/28/11 | 112 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided on 10/04/11 | 7990-000 | | 0.55 | 0.00 |
| 10/04/11 | 109 | Central Dupage Hospital | Dividend paid 100.00% on $42.81; Claim# 2; Final distribution Voided: check issued on 09/28/11 | 7100-000 | | -42.81 | 42.81 |
| 10/04/11 | 112 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided: check issued on 09/28/11 | 7990-000 | | -0.55 | 43.36 |
| 10/04/11 | 113 | | Voided on 10/04/11 | | | ! 0.00 | 43.36 |
| 10/04/11 | 113 | | Voided: check issued on 10/04/11 | | | ! 0.00 | 43.36 |
| 10/04/11 | 114 | Central Dupage Hospital | final distribution - claim #2 ($42.81) plus interest ($0.55) | 7100-000 | | 43.36 | 0.00 |

Subtotals :                    $142,689.95        $142,689.95

{} Asset reference(s)                    !-Not printed or not transmitted                    Printed: 12/03/2011 09:33 AM    V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-21999 | | **Trustee:** | JOSEPH R. VOILAND (330380) |
| **Case Name:** | HEREDIA, JORGELINA | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******90-66 - Checking Account |
| **Taxpayer ID #:** | **-***6411 | | **Blanket Bond:** | $50,000,000.00   (per case limit) |
| **Period Ending:** | 12/03/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | **142,689.95** | **142,689.95** | **$0.00** |
| | | | Less: Bank Transfers | | 142,689.95 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **142,689.95** | |
| | | | Less: Payments to Debtors | | | 49,831.45 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$92,858.50** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-******90-65** | 220,002.20 | 77,312.19 | 0.00 |
| **Checking # 9200-******90-66** | 0.00 | 92,858.50 | 0.00 |
| | **$220,002.20** | **$170,170.69** | **$0.00** |

{} Asset reference(s)          !-Not printed or not transmitted                              Printed: 12/03/2011 09:33 AM   V.12.54